FILE COPY

## 11th Court of Appeals Mandate

**THE STATE OF TEXAS**

**TO THE 29TH DISTRICT COURT OF PALO PINTO COUNTY, GREETINGS:**

BEFORE our Court of Appeals for the Eleventh District of Texas, on February 8, 2018, the cause upon appeal to revise or reverse your judgment between

Terry McCain et ux, Barbara McCain

11th Court of Appeals No. 11-17-00213-CV and
29th District Court Case No. C46601

Reeder Distributors, Inc. and Gary Reeder

was determined; and therein our said Court made its order in these words:

*"This court has considered Appellants' motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Terry McCain et ux, Barbara McCain."*

**WHEREFORE WE COMMAND YOU** To observe the order of our said Court of

Appeals for the Eleventh District of Texas, in this behalf, and in all things to have it duly

recognized, obeyed and executed.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on March 2, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy

FILE COPY

# BILL OF COSTS

## TEXAS COURT OF APPEALS, ELEVENTH DISTRICT, AT EASTLAND

No. 11-17-00213-CV

**Terry McCain et ux, Barbara McCain**
**v.**
**Reeder Distributors, Inc. and Gary Reeder**

(No. C46601 IN 29TH DISTRICT COURT OF PALO PINTO COUNTY)

COURTS OF APPEAL:

| TYPE OF FEE | CHARGES | PAID/NOT PAID | DATE | BY |
|---|---|---|---|---|
| MOTION FEE | $10.00 | E-PAID | 02/05/2018 | CORA L MOORE |
| MOTION FEE | $10.00 | E-PAID | 12/29/2017 | CORA L MOORE |
| MOTION FEE | $10.00 | E-PAID | 11/27/2017 | CORA L MOORE |
| MOTION FEE | $10.00 | E-PAID | 10/25/2017 | CORA L MOORE |
| FILING | $205.00 | E-PAID | 08/28/2017 | CORA L MOORE |

TRIAL COURT FEE:
Clerk's Record - unknown

**Balance of costs owing to the Eleventh Court of Appeals, Eastland, Texas:  0.00**

***Court costs in this cause shall be paid as per the Judgment issued by this Court.***

I, **Sherry Williamson, CLERK** OF THE ELEVENTH COURT OF APPEALS OF THE STATE OF TEXAS, do hereby certify that the above and foregoing is a true and correct copy of the cost bill of THE COURT OF APPEALS FOR THE ELEVENTH DISTRICT OF TEXAS, showing the charges and payments, in the above numbered and styled cause, as the same appears of record in this office.



WITNESS, the HON. JOHN M. BAILEY, Justice of this said Court, with the seal thereof annexed at the City of Eastland, on March 2, 2018.

*Sherry Williamson*

**SHERRY WILLIAMSON, CLERK**

By: Cheryl Busk, Deputy